An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CONNIE CASALLAS, INDIVIDUALLY;
GEORGE I. AND LINDA B. DE OCAMPO,
INDIVIDUALLY; JOSE LUIS CORONA-
LOPEZ, INDIVIDUALLY; DAVID E. AND
SHERRI FOLLA, INDIVIDUALLY;
SALVADOR GOMEZ-REA AND JULIA F.
DE GOMEZ, INDIVIDUALLY; MARINA C.
GARZA, INDIVIDUALLY; JOSE JESUS
AND FLORIDALMA MORENO,
INDIVIDUALLY; MELVIN L. AND KATHY
L. ASHBY, INDIVIDUALLY; ISAAC
AARON HARRIS, INDIVIDUALLY;
REMBERTO Z. HERNANDEZ,
INDIVIDUALLY; REYNA LOPEZ,
INDIVIDUALLY; JOHN R. FARNHAM
AND BETTY L. MCGUIRE,
INDIVIDUALLY; MANUEL AND MARI C.
GONZALEZ, INDIVIDUALLY; EDWIN S.
JORDAN, JR., INDIVIDUALLY; JOHN
MUTHAMA, INDIVIDUALLY; FELIPE
AND AMELIA GUTIERREZ,
INDIVIDUALLY; MARISSA AND MARY
JOBECK, INDIVIDUALLY; ALAN MARK
AND GAYE LYNNE LAMBERT,
INDIVIDUALLY; TAMMIE NISSEN,
INDIVIDUALLY; ANGELICA MARQUEZ,
INDIVIDUALLY; CARLOS AND
YOLANDA PINTOR, INDIVIDUALLY;
HARVEY AND MARGOT G. RAU,
INDIVIDUALLY; LYNETTE R. AND
MCKENZI L. SWINEHART,
INDIVIDUALLY; GREG TANNER,
INDIVIDUALLY; GREG WHITING,
INDIVIDUALLY; JOAN WRIGHT,
INDIVIDUALLY; WILFREDO AND
JUANA BECERRA, INDIVIDUALLY;
JEFFREY AND CAROL CARDONA,
INDIVIDUALLY; TRENTON JONES,

No. 65262

FILED

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

INDIVIDUALLY; THELMA MAY, INDIVIDUALLY; ROBERT MENDEZ AND JIU HUANG, INDIVIDUALLY; STEVEN W. AND KELLY C. MILLER, INDIVIDUALLY; LARRY AND YVONNE SEDBERRY, INDIVIDUALLY; SONDRA S. HUMPHRIES, INDIVIDUALLY; PATRICK AND JEANIE BOKELMAN, INDIVIDUALLY; MATTHEW EDWARDS-DILLARD, INDIVIDUALLY; SUZIE AND MELISSA PETERSON, INDIVIDUALLY; CHARLES BRIGGS, INDIVIDUALLY; CHIU HUI, INDIVIDUALLY; KEITH AND KATHLEEN VENTERS, INDIVIDUALLY; STEVE C. SACK, INDIVIDUALLY; ZANE K. AND HEATHER WALKER, INDIVIDUALLY; AARON AND VALERIE FAIGIN, INDIVIDUALLY; JESUS BELLO, INDIVIDUALLY; JANICE C. FLAHERTY, INDIVIDUALLY; JASON AND ASHLEY N. TATOMER, INDIVIDUALLY; DAVID M. AND CAROL L. ASH, INDIVIDUALLY; BRENDA HARRIS CARLSON, INDIVIDUALLY; LYNN L. AND JULIE R. DRAKE, INDIVIDUALLY; JANIS K. GERHARD, INDIVIDUALLY; MARK D. JACOBS AND AIMEE K. JACOBS, INDIVIDUALLY; BRUCE JACOBSON, INDIVIDUALLY; RAMONA JOHNSON, INDIVIDUALLY; JOHN AND DENISE LAMEBULL, INDIVIDUALLY; MICKEY L. AND BRENDA MCNEIL, INDIVIDUALLY; MICHALI K. AND ROBERTA D. RAMBAS, INDIVIDUALLY; SANDRA RAMBAS, INDIVIDUALLY; DAWN RAMBAS, INDIVIDUALLY; DAVID L. AND MARY ANN RUDY, INDIVIDUALLY; ALISA C. SANDOVAL, INDIVIDUALLY; RICHARD AND CRISTINA SANTOS, INDIVIDUALLY; JASON D. AND DANIELLE L. SHIPP, INDIVIDUALLY;

SUPREME COURT
OF
NEVADA

(O) 1947A

JEREMY A. WOODS, INDIVIDUALLY;
SUZANNE L. ZIMMERLI,
INDIVIDUALLY; ROBERT K. AND
KAREN E. EVANS, INDIVIDUALLY;
JUAN A. AND BLANCA GONZALEZ,
INDIVIDUALLY; MICHELLE L.
MORELLI, INDIVIDUALLY; PEGGY
ROLIE, INDIVIDUALLY; JESSICA
ALLEN, INDIVIDUALLY; CARLOS
GIRON, INDIVIDUALLY; JUAN C.
CHAVEZ A. AND ESTHELA ROSALES,
INDIVIDUALLY; WYLIE S.
MANDEVILLE, INDIVIDUALLY; LEE
AND GLORIA ANDREWS,
INDIVIDUALLY; JERROD BOATRIGHT,
INDIVIDUALLY; DARREL D. DILLARD
AND EDWARDS-DILLARD,
INDIVIDUALLY; SHERRY MENDEZ,
INDIVIDUALLY; VICTOR AND JESSICA
GUDINO, INDIVIDUALLY; CRAIG AND
KATHLEEN BARNES, INDIVIDUALLY;
PEDRO A. AND JOSEPHINE CAMARGO,
INDIVIDUALLY; BRAD AND TIFFANY
ELLISON, INDIVIDUALLY;
MARTIMIANO RENE LOYOLA AND
MARIA G. GOMEZ LOYOLA,
INDIVIDUALLY; SHERIJEAN NEHRING,
INDIVIDUALLY; JOHN N. TAYLOR,
INDIVIDUALLY; MIGUEL AYALA,
INDIVIDUALLY; SHERRIE BETTS,
INDIVIDUALLY; CHARLES W. AND
MARAGARET A. ELLIOTT,
INDIVIDUALLY; INEZ ERCK,
INDIVIDUALLY; GEORGE H. AND LEWIS
A. GREEN, INDIVIDUALLY; SCOTT HILL,
INDIVIDUALLY; THAI HOANG AND LA
NGUYEN, INDIVIDUALLY; ROGER M.
LINO, INDIVIDUALLY; JOSEPH M. AND
SHAUN M. VOJTEK, INDIVIDUALLY;
MICHELLE HAMMOND, INDIVIDUALLY;
KEVIN SAMPLE, INDIVIDUALLY; JOSE

SUPREME COURT
OF
NEVADA

(O) 1947A

LEONARDO CASTANO V. AND MARIA STELLA DUQUE, INDIVIDUALLY; SANDRA D. DAWSON, INDIVIDUALLY; TIMOTHY J. AND SAPRINA S. FLOWERS, INDIVIDUALLY; JOEY AND AARON JOHNSON, INDIVIDUALLY; HECTOR MENDOZA, INDIVIDUALLY; DENNISE D. KAWAMOTO, INDIVIDUALLY; J. ABINANTI, INDIVIDUALLY; HEATHER J. ADAMI, INDIVIDUALLY; TIMOTHY ANDERSON, INDIVIDUALLY; JOSEPH BRAVO, INDIVIDUALLY; JESSE H. CARTER, INDIVIDUALLY; GARY K. AND CINDY CLENDEN, INDIVIDUALLY; BRAD AND CYNDI COURTRIGHT, INDIVIDUALLY; DENNIS C. AND DEBORAH DAVIS, INDIVIDUALLY; CODY R. EDWARDS, INDIVIDUALLY; MIKE FOSTER, INDIVIDUALLY; KERRIGAN AND KATRINA GLYNN, INDIVIDUALLY; DOWELL L. AND JOYCE S. GUINN, INDIVIDUALLY; DON R. AND BONNIE R. HUNDLEY, INDIVIDUALLY; BRIAN AND MONICA HURLEY, INDIVIDUALLY; TROY HUTCHINS, INDIVIDUALLY; ARTHUR KETCHAM, INDIVIDUALLY; ANGELA D. KLINGLER, INDIVIDUALLY; STEVEN I. AND JANET J. LAMPERT, INDIVIDUALLY; ALBERT AND JULIE ANN LEIMBACH, INDIVIDUALLY; ROGER E. AND ANN M. LEIMBACH, INDIVIDUALLY; JASON LEWIS, INDIVIDUALLY; SHANE R. MARLOW, INDIVIDUALLY; WILLIAM G. MARRACINO, JR. AND KRISTEN D. OUGH, INDIVIDUALLY; RONALD MAUSER AND ELIZABETH HESS, INDIVIDUALLY; DAVID G. AND C. CYNTHIA MEYERS, INDIVIDUALLY; SANDRA MOTA, INDIVIDUALLY; DAVID R. PERRY AND KATHY PERRY,

SUPREME COURT
OF
NEVADA

(O) 1947A

TRUSTEES OF THE DAVID AND KATHY
PERRY 2005 TRUST INDIVIDUALLY;
TOM PETRALIA, INDIVIDUALLY;
RANDAL AND DIANE SMITH,
INDIVIDUALLY; TROY AND FELICIA
RASMUSSEN, INDIVIDUALLY; SAMUEL
AND ERMA REID, INDIVIDUALLY;
TIMOTHY AND PEGGY RHYME,
INDIVIDUALLY; JOSEPH S. RICE,
INDIVIDUALLY; MICHAEL P. AND
DEBRA M.G. RIOS, INDIVIDUALLY;
BRADLEY L. AND SYLVIA V. ROBSON,
INDIVIDUALLY; MICHAEL J. AND
DAWN M. SALISBURY, INDIVIDUALLY;
ANDRE SAMIR, INDIVIDUALLY;
ALYSON M. AND JIMMY D. SCHULTZ,
INDIVIDUALLY; RICHARD N. AND JUDY
L. SCOTT, INDIVIDUALLY; BRUCE AND
TAMERA SOPER, INDIVIDUALLY;
ANTHONY AND MICHELE TURNER,
INDIVIDUALLY; BALDOMERO AND
EVANGELINA VARGAS, INDIVIDUALLY;
ZACHARY AND CAYLIN BANKSTON,
INDIVIDUALLY; JOHN B. AND
CANDACE C. PORTER, INDIVIDUALLY;
CECIL M. AND JEAN O. WRIGHT,
INDIVIDUALLY; JOHN AND VIRGINIA
GUZMAN, INDIVIDUALLY; JACK M.
TURRENTINE, INDIVIDUALLY; STEVE
AND CARLY CORELLA, INDIVIDUALLY;
JACKIE AND DEBORAH HAYES,
INDIVIDUALLY; ROSALIO AND OTILIA
H. JIMENEZ, INDIVIDUALLY; ROSS AND
DEBBIE ERDODY, INDIVIDUALLY;
TODD NESLER, INDIVIDUALLY;
ROBERT H. CULLINS, JR.,
INDIVIDUALLY; WILLIAM M. DOYLE,
JR., INDIVIDUALLY; GREGORY S. AND
WENDY JACKSON, INDIVIDUALLY; KEN
AND MARY O'DONNELL,
INDIVIDUALLY; TSUYAKO HURTADO,

SUPREME COURT
OF
NEVADA

(O) 1947A

5

INDIVIDUALLY; JOHN J. FEROAH, SR., INDIVIDUALLY; MICKEY R. DOYLE, INDIVIDUALLY; KENT AND YVONNE STAVE, INDIVIDUALLY; RAFAEL A. AND NORMA HERNANDEZ, INDIVIDUALLY; STEVEN L. AND VIRGINIA E. O'HAVER, INDIVIDUALLY; RICHARD G. AND CAROL JACKSON, INDIVIDUALLY; RICHARD G. AND LISA K. ANDERSON, INDIVIDUALLY; ERIC R. AND CHERIE A. SCHNEIDER, INDIVIDUALLY; RICHARD E. GOMEZ AND KAREN L. PEPPER, INDIVIDUALLY,

Petitioners,

vs.

THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,

Respondents,

and

ADVANCED COUNTERTOP DESIGN, INC.; CAPITAL DRYWALL; CAVALLERO HEATING & AIR CONDITIONING, INC.; DIAMOND CONCRETE, INC.; ERICKSON CARPENTRY CONTRACTING, INC.; ESSLIN CONSTRUCTION D/B/A RELIABLE FRAMING, INC.; GRANITE WORLD, LTD.; J.P. CONSTRUCTION COMPANY, LLC F/D/B/A J.P. CONSTRUCTION CO., LLC; LOVETT LANDSCAPING; PADILLA CONSTRUCTION; R.C. ELECTRIC, LLC; TOPAZ CONSTRUCTION, INC.; TRI-MOUNTAIN GRADING & EXCAVATING; AND VALLEY CONCRETE CO., INC.,

Real Parties in Interest.

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order that sustained objections to a special master's recommendation to amend a case management order.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Mandamus is an extraordinary remedy, and whether a petition will be considered is entirely within this court's discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Petitioners, moreover, bear the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having reviewed the petition and appendix, we are not persuaded that our extraordinary intervention is warranted in this matter which, from what appears, remains subject to further development in the docket rendering petitioners' reliance on *Young v. Johnny Ribeiro Building, Inc.*, 106 Nev. 88, 787 P.2d 777 (1990), unavailing. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.             _____, J.
Pickering                                     Saitta

 

cc: Hon. Scott N. Freeman, District Judge
Shinnick, Ryan & Ransavage P.C./Las Vegas
Shinnick, Ryan & Ransavage P.C./Reno
Erickson Thorpe & Swainston, Ltd.
Cisneros & Marias
Law Offices of Eric Leitner
Bauman Loewe Witt & Maxwell, PLLC
Laxalt & Nomura, Ltd./Reno
Ken R. Bick
Archer Norris
Fahrendorf, Viloria, Oliphant & Oster, LLP
Lemons, Grundy & Eisenberg
Bruce R. Mundy
Brown, Bonn & Friedman, LLP
Prince & Keating, LLP
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A